## STRELICH *v.* HEINZE, WARDEN, ET AL.

No. 868, Misc.   Decided February 26, 1962.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

## HARPER *v.* BANNAN, WARDEN.

No. 884, Misc.   Decided February .26, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.